Barnes v. Barker.

THOMAS H. BARNES ET AL., APPELLEES, V. EARL C. BARKER ET AL., APPELLANTS.

FILED FEBRUARY 17, 1925. No. 23528.

**Moot Appeal:** DISMISSAL. A moot appeal may be dismissed at the costs of appellant.

APPEAL from the district court for Box Butte county: WILLIAM H. WESTOVER, JUDGE. *Appeal dismissed.*

*Frost & Kinsinger* and *Eugene Burton,* for appellants.

*Lee Basye, contra.*

Heard before MORRISSEY, C. J., ROSE, DAY and GOOD, JJ., REDICK anc SHEPHERD, District Judges.

ROSE, J.

This is a proceeding by vendees to vacate a decree foreclosing a contract for the purchase of land and to grant a new trial on account of fraud perpetrated by vendors in procuring the foreclosure. The trial court sustained a demurrer to the petition and dismissed the proceeding. Vendees have appealed.

The judgment which vendees allege was procured by fraud has been reversed on a direct appeal in the principal action. *Barnes v. Barker, ante,* p. 113. It follows that this is a moot appeal and consequently is dismissed at the costs of appellants.

APPEAL DISMISSED.